IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEILEE FANT, et. al. | ) | |
| | ) | |
| PLAINTIFFS, | ) | Case No. 4:15-CV-253 AGF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

COME NOW Plaintiffs who move for an order extending the time within which they may file a motion for class certification. In support of this motion, Plaintiffs state:

1. Plaintiffs' motion for class certification is due on October 19, 2015.

2. The parties have been engaged in meaningful settlement discussions and have agreed that the requested extension would serve both parties' interests in seeking a just and efficient resolution to this case.

3. No party will be prejudiced by the requested extension. Plaintiffs' counsel has conferred with counsel for the Defendant, who has no objection to the requested extension.

4. This motion is made in good faith and is not made for any improper purposes. The requested extension is consistent with the aim of a "just, speedy, and inexpensive determination" of the present action, Fed. R. Civ. P. 1.

WHEREFORE, Plaintiff respectfully prays for the Court's Order extending the time

1

within which it may file a motion for class certification to on or before January 18, 2016.

>Respectfully submitted
>**October 19, 2015**
>
>*/s/ Stephen M. Ryals*
>Stephen M. Ryals  MO34149
>ArchCity Defenders
>812 N. Collins Alley
>St. Louis, Missouri 63102
>(855) 724-2489
>sryals@archcitydefenders.org
>Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

This pleading was filed with the Court's electronic case filing system on October 19, 15 and served on all parties of record in due course by operation of that system.

>*/s/ Stephen M. Ryals*

2