**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KEILEE FANT et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Case No. 4:15-cv-253-AGF |
| THE CITY OF FERGUSON | )<br>) (Class Action) |
| Defendant. | )<br>) |

**UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

On February 8, 2015, Plaintiffs filed this lawsuit against Defendant City of Ferguson. After this Court denied Defendant's Motion to Dismiss, the parties began discovery. The parties have made progress in discovery, although the amount of information and records is staggering. Discovery has so far included the exchange of electronic records and hard copy paper files covering more than 18,000 arrests and detentions over a five year period. The parties have been attempting and continue to work through various logistical difficulties pertaining to the ways in which the records have been stored. The parties have also been in regular contact to work toward negotiation of a settlement in this matter, and they are scheduled to participate in an all-day court-supervised mediation with Richard P. Sher on April 21, 2016.

The discovery conducted thus far, including examination of thousands of records and depositions of several current and former Ferguson employees and officials, has provided Plaintiffs with additional information concerning their claims and has created the need to supplement their complaint with additional claims based on information discovered concerning Defendant's post-arrest procedures.

Plaintiffs have consulted with Defendant, and Defendant does not oppose the filing of this Amended Complaint. Plaintiffs have also agreed with Defendant that Defendant need not respond again to all of the issues already contested and that Defendant can answer only those aspects of the complaint which are new.

Accordingly, Plaintiffs accompany this motion with a redlined version of the First Amended Complaint demonstrating those places in which changes to the original complaint have been made. *See* Exhibit 1.

Plaintiffs respectfully request leave to file the First Amended Complaint, which is also attached to this Motion. *See* Exhibit 2.

The parties have also agreed that, given the upcoming mediation, Defendant should have 30 days from the time of the filing of the First Amended Complaint to file a responsive pleading.

Respectfully submitted,

 */s/ Alec Karakatsanis*_____
Alec Karakatsanis (E.D.Mo. Bar No. 999294DC)

Equal Justice Under Law
916 G Street, NW Suite 701
Washington, DC 20001
(202)-681-2409
alec@equaljusticeunderlaw.org


 */s/ Thomas B. Harvey*_____
Thomas B. Harvey (MBE #61734)

 */s/ Michael-John Voss*_____
Michael-John Voss (MBE #61742)

ArchCity Defenders
812 N. Collins
Saint Louis, MO 63102
855-724-2489

2

   */s/ John J. Ammann*_____
John J. Ammann (MBE #34308)

  */s/ Stephen Hanlon*_____
Stephen Hanlon (MBE #19340)

  */s/ Brendan Roediger*_____
Brendan Roediger (E.D.Mo. Bar No. IL6287213)

Saint Louis University School of Law
100 N. Tucker Blvd.
Saint Louis, MO 63101-1930
314-977-2778

  */s/ Sonia W. Murphy* _____
Sonia W. Murphy (*Pro Hac Vice*)

White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 637-6161

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I certify that a copy of this Motion has, on April 12, 2016, been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing upon counsel for the Defendant in this matter:

Peter J. Dunne
Robert T. Plunkert

PITZER SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Counsel for Defendant – City of Ferguson

                                                    */s/ Sonia W. Murphy*
                                                    Sonia W. Murphy

                                                    Attorney for the Plaintiffs