UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, ROELIF CARTER, ALLISON NELSON, HERBERT NELSON, JR., ALFRED MORRIS, ANTHONY KIMBLE, DONYALE THOMAS, SHAMEIKA MORRIS, DANIEL JENKINS, RONNIE TUCKER, TONYA DEBERRY, ET AL., <br><br>            Plaintiffs, <br><br>vs. <br><br>THE CITY OF FERGUSON, <br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 4:15-cv-253 ) ) ) ) JURY TRIAL DEMANDED ) |

# ***DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE ITS MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT IN EXCESS OF FIFTEEN PAGES***

COMES NOW Defendant, the City of Ferguson, by and through counsel, and pursuant to Local Rule 7 – 4.01(D), respectfully move this Court to grant leave and allow Defendant to file its Motion to Partially Dismiss in excess of fifteen (15) pages.  In Support of its Motion, Defendants represent to the Court Plaintiffs have filed a fifty-nine page, 247 paragraph First Amended Complaint ranging through the issues of distinction between the Ferguson Municipal Court and the City of Ferguson.  The Motion also will address issues of Article III standing, prudential standing, elements of equitable relief, ripeness, and concerns regarding federalism.

WHEREFORE, Defendant respectfully requests this Court GRANT its Motion for Leave of Court in a manner consistent with the above, and for such other and further relief as the Court deems proper.

{01631505.DOCX;1}

/s/Peter J. Dunne
Peter J. Dunne   #31482
Robert T. Plunkert   #62064
PITZER SNODGRASS, P.C.
Attorneys for Defendant
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 21st day of April, 2016, to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF:

Mr. Alec Karakatsanis
Equal Justice Under Law
916 G Street, NW Suite 701
Washington, DC 20001
alec@equaljusticeunderlaw.org
Attorneys for Plaintiffs

Mr. Thomas B. Harvey
Mr. Michael-John Voss
Mr. Stephen M. Ryals
ArchCity Defenders
812 N. Collins Alley
St. Louis, Missouri 63102
tharvey@archcitydefenders.org
mjvoss@archcitydefenders.org
sryals@archcitydefenders.org
Co-Counsel for Plaintiffs

Mr. John J. Ammann
Mr. Stephen Hanlon
Mr. Brendan Roediger
Saint Louis University School of Law
100 N. Tucker Blvd.
St. Louis, Missouri 63101
ammannjj@slu.edu
hanlonsf@slu.edu
broedige@slu.edu
Co-Counsel for Plaintiffs

/s/Peter J. Dunne

2