IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KEILEE FANT, et al.

      Plaintiffs,

v.

THE CITY OF FERGUSON,

      Defendant.

Civil Action No. 4:15-CV-253 AGF

**PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE THE  OPPOSITION IN EXCESS OF FIFTEEN PAGES**

COME NOW Plaintiffs, by and through counsel, who respectfully move for an order extending the deadline by which an opposition to Defendant's Motion to Partially Dismiss the Plaintiff's First Amended Complaint (Doc. No. 57) must be filed by two weeks, until May 18, 2016.  Plaintiffs also move, pursuant to Local Rule 7 – 4.01(D), for leave to file said opposition in excess of fifteen pages.

In support of this Motion, Plaintiffs state as follows:

1. On April 13, 2016, with leave of Court, Plaintiffs filed their First Amended Complaint (Doc. No. 53).

2. Defendant, the City of Ferguson, filed its Answer to the First Amended Complaint (Doc. No. 56) on April 27, 2016.

3. At that time, Defendant also filed a Motion to Partially Dismiss Plaintiffs' First Amended Complaint (Doc. No. 57) and a Memorandum in Support of its Motion (Doc. No. 58). Having received leave of Court to exceed the page limitation set forth in the local rules, Defendant's Memorandum was forty-five pages, exclusive of the signature page.

4. In order to properly respond the litany of issues raised by Defendant's Motion, Plaintiffs seek an additional two weeks and up to thirty additional pages for their Opposition. Counsel for Defendant has indicated that they do not oppose this request.

WHEREFORE, the Plaintiffs respectfully request that the deadline for Plaintiffs to respond to Defendant's Motion to Partially Dismiss Plaintiffs' First Amended Complaint be extended for two weeks until May 18, 2016 and that the Plaintiffs be permitted leave to file an Opposition of up to forty-five pages, exclusive of signature pages.

Respectfully submitted,

*/s/ Sonia W. Murphy*
Sonia W. Murphy (pro hac vice)
WHITE & CASE LLP
701 THIRTEENTH STREET NW,
Washington, DC 20005
(202) 637-6161
sonia.murphy@whitecase.com

*/s/ Alec Karakatsanis*
Alec Karakatsanis (E.D. Mo. Bar No. 999294DC)
Equal Justice Under Law
916 G Street, NW, Suite 701
Washington, DC 20001
(202) 681-2409
alec@equaljusticeunderlaw.org

        */s/ Thomas B. Harvey*
        Thomas B. Harvey (MBE #61734)

        */s/ Michael-John Voss*
        Michael-John Voss (MBE #61742)

        ArchCity Defenders
        812 N. Collins Alley
        Saint Louis, MO 63102
        (855) 724-2489

        */s/ John J. Ammann*
        John J. Ammann (MBE #34308)

        */s/ Stephen Hanlon*
        Stephen Hanlon (MBW #19340)

        */s/ Brendan Roediger*
        Brendan Roediger (E.D.Mo. Bar No. IL6287213)

        Saint Louis University School of Law
        100 N. Tucker Blvd.
        Saint Louis, MO 63101-1930
        (314) 977-2778


## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing **UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE THE OPPOSITION IN EXCESS OF FIFTEEN PAGES** was served on all counsel of record by means of the electronic filing system on this 3rd day of May, 2016.

        */s/ Sonia W. Murphy*
        Sonia W. Murphy