UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-00253 AGF |
| | ) |
| CITY OF FERGUSON, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

---

**Option 2**

In accordance with the Court's Order Referring Case to ADR,

☒   A final ADR conference was held on: __**April 21, 2016**__.

☒   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __**May 10**__, 2016 * and the parties [☐ did ☒ did not] achieve a settlement.   * Settlement discussions may continue.

---

**Option 3**

☐   Although this case was referred to ADR, a conference WAS NOT HELD.

__May 10, 2016__                        _Rachael P. Ahr_ (signature)
Date                                              Neutral