Case: 4:15-cv-00253-AGF   Doc. #: 62-1   Filed: 05/18/16   Page: 1 of 2 PageID #: 652

G. As each prisoner is released, the releasing officer will inventory all property in the prisoner's presence and will make sure that the prisoner signs for his property. In the event that a prisoner refuses to sign for his or her property, the arresting officer will notify the Watch Commander immediately.

### 417.12 PRISONER MEALS:

Prisoners confined to our holdover are entitled to be fed if they have been confined for at least three hours prior to a meal period.

BREAKFAST-6:00AM - 7:00AM
(Honey Bun)

LUNCH-11:00AM - 1:00PM
(Pot Pie)

DINNER-5:00PM - 7:00PM
(Same as Lunch)

### 416.13 PRISONER HOLDING, TIME LIMITS:

A. Prisoners will not be held in this department's facility no longer than seventy-two (72) hours.

B. If an arrest is made without a warrant and a warrant is not issued within twenty-four hours, the prisoner must be released at or prior to the twenty-four hour mark.

C. If a prisoner wanted by another agency has not been picked up by the twenty-four mark, that prisoner shall be released or transferred to the St. Louis County Department of Welfare, whichever is appropriate for the situation. The St. Louis County Department of Welfare will accept prisoners that are wanted by other agencies if a felony warrant, federal warrant or federal detainer has been issued. They will also accept prisoners wanted on misdemeanor warrants by agencies that are outside of St. Louis County. Officers may call the intake desk at St. Louis County at 314-615-7098 to verify prior to conveyance that the prisoner will be admitted.

D. If a warrant is issued on Ferguson case for a state felony or misdemeanor, that prisoner will be conveyed to St. Louis County Department of Welfare.

E. If a prisoner being held on a Ferguson Municipal warrant has not posted bond within seventy-two hours, that prisoner shall either be released on a Recognizance Bond or transferred to the St. Louis County Department of Welfare (for guidelines see General Order 472.00 *Ferguson Municipal Prisoner Incarceration...*).

GENERAL ORDER 417.00
February 14, 2011

F. The seventy-two hour rule will be adhered to unless otherwise directed by the Ferguson Municipal Court, the Commander of Operational Support or his designee.

G. Prior to releasing all detainees WANTEDS and WARRANTS checks shall be completed through NCIC, MULES and REJIS.

By order of:

*[signature]*

COLONEL THOMAS JACKSON
Chief of Police

Distribution
All Department Personnel