GENERAL ORDER 421.00
November 30, 2010

**CITY OF FERGUSON**
**OFFICE OF THE CHIEF OF POLICE**

**Index as:**
Bonds
Bonds, Charge Amounts
Bonds, Other Jurisdictions
Recognizance Bond
Surety Bond

## BOND PROCEDURES

421.00 PURPOSE

The purpose of this General Order is to establish procedures for accepting bonds on Ferguson municipal charges and bonds for other jurisdictions.

421.01 POLICY

Bonds will be accepted for Ferguson charges on Bond Forms designed and provided by the Ferguson Municipal Court.

421.02 BOND AMOUNTS:

A. Bond amounts are assessed by the Judge of the Municipal Court of Ferguson and have been set in amounts as follows:

| Charge | Amount |
|---|---|
| Driving While Revoked | $200.00 |
| Driving While Intoxicated | $300.00 |
| Leaving the Scene of an Accident | $300.00 |
| Driving While Suspended | $200.00 |
| No Operators License | $200.00 |
| Careless and Imprudent Driving | $200.00 |
| All Other Traffic Violations | $200.00 |
| Stealing Under | $300.00 |
| Assault | $300.00 |
| Resisting Arrest | $1000.00 |
| Destruction of City Property | $1000.00 |

421.03 REDUCTION OF BOND AMOUNTS:   Any Watch Commander having custody of a person is authorized to set Bond as prescribed in this General Order.  The Watch Commander may authorize a reduction in the prescribed bond to an amount obtainable by the arrested subject, or may authorize a recognizance if the circumstances require such action.

1

0394

GENERAL ORDER 421.00
November 30, 2010

421.04 <u>PROCEDURES FOR ACCEPTING CASH BOND - MUNICIPAL COURT</u>: Check the "Cash Bond" box on the form. When the defendant posts bond, he is referred to as the "Principal". If any other person delivers (cash or money order) bond for the defendant, that bond money is recorded as the Principal's money and bond. When a cash bond is presented, the corrections officer will count the money in the presence of the defendant. The pink copy of the bond receipt is given to the defendant. The yellow copy of the bond receipt, along with the cash is dropped into the lock box between the correction security doors. The appropriate entry is to be made by the correction officer in the bond logbook. The white copy of the bond receipt, along with a copy of the original warrant, will be attached to the booking sheet. The defendant (principal) must always sign the bond receipt and will be given the pink copy of the bond receipt.

Every Monday the Corrections Manager and the Administrative Court Clerk will collect the monies and bond receipts from the lock box and audit the contents.

421.05 <u>CORPORATE SURETY (Professional Bondsman)</u>: We no longer accept corporate surety (professional) bonds.

421.06 <u>RECOGNIZANCE BOND</u>: When a recognizance or appearance bond is executed, complete the bond form as necessary. Draw a line through the spaces where cash or cash acceptance is indicated. Check the box marked "Recognizance Bond". Even though this is a recognizance bond, the defendant is still required to sign the bond form. The Recognizance Bond form is not numbered and will be sent to courts with the booking sheet of the defendant.

421.07 <u>PROPERTY BOND</u>: We do not accept property bonds.

421.08 <u>ACCEPTING CASH BONDS FOR OTHER JURISDICTIONS</u>: We no longer accept cash bonds for other jurisdictions.

421.09 <u>GENERAL PROVISIONS</u>: The "Control Number" located on the top left-hand corner is for use by the Court only. Each bond has an individual control number. If, for some reason, an officer needs to void a bond receipt, do not throw the form away. Write the work "VOID" across the front of the form and deposit the discarded bond receipt into the bond box. Each of these receipts must be accounted for. There is no numbering system for the recognizance bond sheets.

By order of:

*Colonel Thomas Jackson*

COLONEL THOMAS JACKSON
Chief of Police

<u>Distribution</u>
All Department Personnel