UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:15-CV-00253-AGF |
| THE CITY OF FERGUSON, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' motion (Doc. No. 73) to compel production of documents and the motion (Doc. No. 75) of Defendant, the City of Ferguson ("City"), for an order pursuant to Federal Rule of Evidence 502(d), that the disclosure of privileged information connected with this case not be deemed a waiver of the privilege in this case or in any other federal or state proceeding.

Upon careful consideration, the Court will grant the City's motion to the extent it requests a Rule 502(d) order.[1]  Although Plaintiffs assert that such an order is not necessary, they do not assert that it would prejudice them in any way.  Therefore, the Court will separately enter a Rule 502(d) order.

With respect to the remainder of the parties' discovery motions, however, the Court believes that a hearing is required.  Despite repeated review of the parties' filings, the Court is unable to ascertain the status of discovery or the contours of the parties' dispute.

---

[1] The City's motion also includes a request that it be permitted to produce documents subject to a limited list of search terms.  The Court will defer ruling on this aspect of the City's motion until it holds a hearing on the matter.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for an order pursuant to Federal Rule of Evidence 502(d) is **GRANTED in part**, to the extent that the Court will separately enter a Rule 502(d) order.  (Doc. No. 75.)

**IT IS FURTHER ORDERED** that the Court shall hold a hearing on Plaintiffs' motion to compel (Doc. No. 73) on **Friday, December 2, 2016 at 1:30 p.m.**, in Courtroom 12S.

                                                                                    _____
                                                                                    AUDREY G. FLEISSIG
                                                                                    UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2016.