**STEPHANIE KARR  5/13/2016**

Page 1

1         UNITED STATES DISTRICT COURT

2         EASTERN DISTRICT OF MISSOURI

3               EASTERN DIVISION

4

5

6   KEILEE FANT, et al.,

7      Plaintiffs,

8

9      vs.        Case No.  4:15-CV-253

10

11  CITY OF FERGUSON,

12     Defendant.

13

14

15

16         DEPOSITION OF STEPHANIE KARR

17       Taken on behalf of the Plaintiffs

18                May 13, 2016

19

20

21

22

23

24

25

Page 69

1    A.    What again?

2    Q.    **Is there any role where you're**

3    **involved in the process we just described with my**

4    **hypothetical, I've got the stealing charge, we took**

5    **that the whole way through. Is there another part**

6    **of that that I'm missing that you haven't told me**

7    **about?**

8    A.    So you're asking me have we covered

9    everything through the municipal court process that

10   would involve me as municipal prosecutor?

11   **Q.    Yes.**

12   A.    Yes.

13         MR. PLUNKERT: Object to the form.

14         Subject to that you can answer.

15   A.    Okay. I believe that we've covered

16   everything.

17   **Q.    (BY MS. MURPHY)  Okay. I wanted to**

18   **talk a little bit more about the role of attorneys**

19   **in the process. Are most of the people who appear**

20   **on a docket day when you were there represented by**

21   **counsel?**

22   A.    No.

23   **Q.    About -- well, let's start here:**

24   **About how many people would you say would be on the**

25   **average docket you would receive during that 2010,**

Page 71

1   saw attorneys back in the room where we were set up

2   with a large table, we were back there with the

3   driving school people so I would only walk out if I

4   needed to go to the restroom or the if judge needed

5   me out there for some reason so I just, I can't

6   even estimate the crowd size, I just wasn't out

7   there during this time frame.  Now the setup is

8   different which started in October of 2015.

9        **Q.      Based on what you've heard or your**

10   **conversations with the clerk and/or the judge and**

11   **just your experience, do you have any sense of**

12   **whether or not a large number of people were**

13   **showing up?  If you've got a docket of 300 whether**

14   **it's 50 people showing up or 250 people showing up,**

15   **do you have any idea, any sense?**

16        A.      No.  We just didn't have those

17   conversations.

18        **Q.      Do you have any sense of about how**

19   **many people would be represented by counsel?**

20        A.      The attorneys that I saw were a

21   pretty small number.

22        **Q.      Do you know whether or not people who**

23   **came in and were facing a charge were offered any**

24   **court appointed counsel at any point in the**

25   **process?**

```
 1    STATE OF _____)

 2

 3    COUNTY OF _____)

 4

 5    I, STEPHANIE KARR, do hereby certify:

 6    That I have read the foregoing deposition;
      That I have made such changes in form
 7    and/or substance to the within deposition as might
      be necessary to render the same true and correct;
 8    That having made such changes thereon, I
      hereby subscribe my name to the deposition.
 9    I declare under penalty of perjury that the
      foregoing is true and correct.
10
      Executed this _____ day of _____,
11
      2016, at _____.
12

13
      _____
14
      Notary Public
15
      My commission expires: _____
16

17
              _____
18
                         STEPHANIE KARR
19

20

21

22

23

24

25
```