# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2939

Keilee Fant, individually and on behalf of all others similarly situated, et al.

Appellees

Tonya DeBerry

John R. Narayan, personal representative of the estate of Tony DeBerry, Deceased

Appellee

v.

City of Ferguson, Missouri

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00253-AGF)
_____

**MANDATE**

In accordance with the judgment of 10/10/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 22, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit