**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| KEILEE FANT, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE CITY OF FERGUSON, | ) ) |
| Defendant. | ) ) |

Case No. 4:15-CV-00253-AGF

**PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS ISSUED TO
MARK BYRNE AND MICHAEL SALANT**

Plaintiffs Keilee Fant, *et al.*, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure and Local Rule 3.04, move for an order compelling non-parties Mark Byrne and Michael Salant to comply with the subpoenas issued to them in this action by producing all documents and communications as requested in Plaintiffs' subpoenas. Messrs. Byrne and Salant have failed to produce the documents and information requested.

Subpoenas for documents from Mark Byrne and Michael Salant were issued on January 9, 2020. Mark Byrne was properly served on January 10, 2020. Michael Salant was properly served on January 13, 2020. The subpoenas commanded the production of certain relevant documents by January 21, 2020. Both Mark Byrne and Michael Salant failed to respond to the subpoenas.

WHEREFORE, for the reasons set forth in the accompanying Memorandum in Support of this Motion and upon the declaration of Vivake Prasad, Plaintiffs move this Court to enter an Order compelling

Mark Byrne and Michael Salant to produce all documents and communications responsive to Plaintiffs' subpoenas on or before March 1, 2020 or within 7 days of an order from this Court.

### CERTIFICATION

Pursuant to Local Rule 3.04, counsel for Plaintiffs have made reasonable efforts to meet and confer with counsel for Defendant, who also represent Mr. Byrne and Mr. Salant in connection with these subpoenas, in a good-faith effort to resolve the discovery matters that are the subject of this Motion. Plaintiffs requested a meet and confer for February 10, 2020, which was declined.

Dated: February 13, 2020

                        Respectfully submitted,

By:   *Vivake Prasad*

Angela Daker (*pro hac vice*)
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
(305) 371-2700

Andrew E. Tomback (*pro hac vice*)
Danielle M. Audette (*pro hac vice*)
Vivake Prasad (*pro hac vice*)
Sean M. Sigillito (5657416NY)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

—and—

Jack Waldron (MBE #70401MO)
Blake A. Strode (MBE # 68422MO)
Michael-John Voss (MBE # 61742MO)
Jacqueline Kutnik-Bauder (45014MO)
ArchCity Defenders
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
855-724-2489

—and—

Alec Karakatsanis
Ryan Downer
Marco Lopez
Tara Mikkilineni
Civil Rights Corps
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
(202)-844-4975
alec@civilrightscorps.org

—and—

John J. Ammann (MBE #34308)
Brendan Roediger (E.D.Mo. Bar No. IL6287213)
Saint Louis University School of Law
100 N. Tucker Blvd.
Saint Louis, MO 63101-1930
314-977-2778

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court's electronic filing system, with notice of case activity to be generated and sent electronically by the Clerk of said Court on February 13, 2020, to all counsel of record.

/s/ *Vivake Prasad*