UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br><br> THE CITY OF FERGUSON, MISSOURI, <br><br> Defendant. | CASE NO. 4:15-CV-00253-AGF |

**AMENDED CASE MANAGEMENT ORDER**

For good cause shown, and with the consent of all parties,

**IT IS HEREBY ORDERED** that the Joint Motion for Modification of Scheduling Order is **GRANTED**. ECF No. 359.

**IT IS FURTHER ORDERED** that the following amended schedule shall apply in this case:

1. Defendant shall disclose all expert witnesses and shall provide the summaries and reports required by Rule 26(a)(2)(B) and (C), Fed. R. Civ. P., no later than **January 29, 2021**. Defendant shall make expert witnesses available for depositions, and have depositions completed, no later than **March 3, 2021.**

2. Plaintiffs shall disclose all rebuttal expert witnesses and shall provide the summaries and reports required by Rule 26(a)(2)(B) and (C), Fed. R. Civ. P., no later than **March 25, 2021**. Plaintiffs shall make rebuttal expert witnesses available for depositions, and have depositions completed, no later than **April 26, 2021**.

3. The parties shall complete all discovery in this case no later than **June 1, 2021**.

4. Any motion for class certification must be filed no later than **July 1, 2021**. Responses shall be filed no later than **28 days** after the motion is filed (and no later than **July 29,**

**2021**). Any reply may be filed no later than **14 days** thereafter (and no later than **August 12, 2021**).

5.  Any motion by Defendant under *Daubert* pertinent to class certification issues shall be filed at the same time as Defendant files its response to Plaintiffs' class certification motion. Any motion by Plaintiffs under *Daubert* pertinent to class certification issues shall be filed with Plaintiffs reply to Defendant's opposition.

6.  No later than **14 days** following the Court's ruling on any motion for class certification, the parties shall file a joint proposed schedule for the remainder of the litigation, including proposed dates for the re-referral of this action to mediation, the filing of dispositive motions, the filing of any remaining *Daubert* motions, and trial, as well as the estimated length of trial.

    Except as amended herein, the Case Management Order shall remain in effect.

_____
AUDREY G. FLEISSIG UNITED
STATES DISTRICT JUDGE

Dated this 18th  day of December, 2020.