**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| KEILEE FANT et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:  4:15-cv-253 AGF |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES**</u>

Plaintiffs move this Court for an order granting them an extension of certain operative deadlines (ECF 416; ECF 421; ECF 422), and in support state as follows:

1.      On November 19, 2021, Plaintiffs filed their Motion for Class Certification. ECF 425.

2.      On January 18, 2022, Defendant filed its Opposition to the Motion for Class Certification, ECF 446, along with three Daubert motions directed to three of Plaintiffs' experts, ECF 438 (Demuth); ECF 440 (Vail); and ECF 442 (Gordon).

3.      On January 21, 2022, Defendant filed an additional Daubert motion directed to another one of Plaintiffs' experts.  ECF 450 (Marlowe).

4.      Given the complexity and breadth of the issues raised in Defendant's Opposition to Class Certification and four Daubert motions, and COVID-related issues that have affected the availability of members of Plaintiffs' counsel team to work on the responsive briefs, Plaintiffs request the deadlines for them to file their reply in support of the Motion for Class Certification, their oppositions to the four Daubert motions filed by the City, and any Daubert motions as to the City's experts pertinent to class certification be extended as follows:

- March 1, 2022—Plaintiffs' reply in Support of Motion for Class Certification;

- March 15, 2022—Plaintiffs' opposition to the Daubert motions directed at Stephen Demuth (ECF 438) and Eldon Vail (ECF 440); and

- March 29, 2022—Plaintiffs' opposition to the Daubert motions directed at Colin Gordon (ECF 442) and Justin Marlowe (ECF 450) and any Daubert motions Plaintiffs intend to file as to the City's experts who are pertinent to class certification.

5.      Counsel for Plaintiffs has conferred with counsel for the City regarding the relief sought herein, and counsel for the City has advised that the City has no objection to the relief sought herein.

6.      This Motion is made in good faith, and not for purposes of delay.

WHEREFORE, Plaintiffs request that the Court grant the Motion.

Dated: January 31, 2022                    Respectfully submitted,

**WHITE & CASE LLP**

By:  */s/ Angela Daker*
Angela Daker (*pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Phone: 305-371-2700
Email: adaker@whitecase.com

—and—

**ARCHCITY DEFENDERS**

Jack Waldron, #70401MO
Blake A. Strode, #68422MO
Michael-John Voss, #61742MO
Jacqueline Kutnik-Bauder, #45014MO
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
Phone: 855-724-2489
Email: jwaldron@archcitydefenders.org

—and—

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
Phone: 202-844-4975
Email: marco@civilrightscorps.org