```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3    KEILEE FANT, ET AL.,

 4       Plaintiffs,

 5                                 Cause No. 4:15-CV-253-AGF

 6    vs.

 7    THE CITY OF FERGUSON,

 8       Defendant.

 9          VIDEOTAPED DEPOSITION OF RONALD BROCKMEYER
                Taken on behalf of the Plaintiffs
10                      February 21, 2020

11                   Jo Ann Dickson, CCR 1085

12

13    (Whereupon, the deposition commenced at 9:39 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25
```

1  them why.  And sometimes I would reduce the fine or I'd
2  reduce the payment or I'd just waive it, waive the payment.
3      **Q    Would you do this every time?**
4      A    If they -- if they gave me an indication that
5  they couldn't afford it.  If they made any indication
6  whatsoever about hey, I can't afford that, I would say
7  okay, let's talk about it.
8      **Q    So first a person has to raise this**
9  **affirmatively, is that correct?**
10     A    That would be correct, just like in state
11 court.  Did you ever hear a state court judge ever ask the
12 defendant if they have money to pay?  I was in federal
13 court the other day.  I didn't hear the judge ask him if he
14 had money to pay.  He just assessed a fine.
15          MR. WALDRON:  Now we have three people asking
16 questions.
17          THE WITNESS:  Pardon me?
18          MR. WALDRON:  Now we have three people asking
19 questions.
20          THE WITNESS:  Well, I'm just responding to the
21 question.
22          MR. PHILLIPS:  Objection.  We have an
23 understanding there's one person.  We don't need anyone
24 else interjecting.
25          MR. WALDRON:  He's asking questions.