# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 4:15-cv-253 AGF |
| THE CITY OF FERGUSON, | ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER AS TO CLASS END-DATES AND DECLARATORY AND INJUNCTIVE RELIEF

Plaintiffs Keilee Fant et al. and Defendant the City of Ferguson in the above-captioned action, *Keilee Fant et al. v. The City of Ferguson*, Case No. 4:15-cv-253 AGF, hereby move for entry of the attached stipulated order governing class end-dates and resolving issues related to declaratory and injunctive relief.

The proposed stipulated order is attached as Exhibit A.

Dated: August 18, 2022

Respectfully submitted,

**ARCHCITY DEFENDERS**

By: /s/ John Waldron
John Waldron, #70401MO
Blake A. Strode, #68422MO
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
Phone: 855-724-2489
Email: jwaldron@archcitydefenders.org

—and—

**WHITE & CASE LLP**

Angela Daker (*pro hac vice*)
200 South Biscayne Boulevard, Suite 4900

**HELLMICH, HILL & RETTER, LLC**

By: /s/ Blake Hill
Blake Hill #58926
1040 North Clay
Kirkwood, MO 63122
Phone: 314-646-1110
Email: blake@hellmichhillretter.com

*Attorneys for Defendant*

Miami, FL 33131
Phone: 305-371-2700
Email: adaker@whitecase.com

—and—

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
Phone: 202-844-4975
Email: marco@civilrightscorps.org

*Attorneys for Plaintiffs*

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT et al., | ) </br> ) |
| Plaintiffs, | ) </br> ) |
| v. | )  Case No.: 4:15-cv-253 AGF </br> ) |
| THE CITY OF FERGUSON, | ) </br> ) |
| Defendant. | ) </br> ) |

**[PROPOSED] STIPULATED ORDER**

Plaintiffs Keilee Fant et al. and Defendant the City of Ferguson ("the Parties"), through their respective counsel, have met and conferred regarding appropriate end-dates for the Rule 23(b)(3) classes and to resolve issues related to Plaintiffs' claims for declaratory and injunctive relief raised by the Court in its June 28, 2022 Amended Case Management Order. ECF No. 524.

Based on their negotiations, the Parties stipulate to the following:

- The end-date for all five of the Rule 23(b)(3) classes certified by the Court in its Memorandum and Order (ECF No. 519) should be September 30, 2017 (the date on which the Ferguson jail closed).

- Within three business days of the Court's entry of this order, Plaintiffs will voluntarily dismiss their claims for declaratory and injunctive relief on behalf of themselves and all classes.

The Parties stipulate as above with the following reservations:

- Defendant neither concedes that class certification is appropriate nor waives its rights with respect to further challenges, other than with respect to the stipulated end-dates; and
- Plaintiffs do not concede that Defendant has met its burden as to the alleged mootness of their prospective claims.

THEREFORE, IT IS HEREBY ORDERED, subject to the parties' above reservations, that the end-date for all five of the Rule 23(b)(3) classes certified by the Court in its Memorandum and Order (ECF No. 519) will be September 30, 2017, and within three business days of this order, Plaintiffs will voluntarily dismiss their claims for declaratory and injunctive relief.

*[Remainder of page intentionally left blank; signature page to follow]*

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 18, 2022　　　　　　　　　　　　Respectfully submitted,

| **ARCHCITY DEFENDERS** | **HELLMICH, HILL & RETTER, LLC** |
|---|---|
| By: /s/ *John Waldron* | By: /s/ *Blake Hill* |
| John Waldron, #70401MO | Blake Hill #58926 |
| Blake A. Strode, #68422MO | 1040 North Clay |
| 440 N. 4th Street, Suite 390 | Kirkwood, MO 63122 |
| Saint Louis, MO 63102 | Phone: 314-646-1110 |
| Phone: 855-724-2489 | Email: blake@hellmichhillretter.com |
| Email: jwaldron@archcitydefenders.org | |
| | *Attorneys for Defendant* |

—and—

**WHITE & CASE LLP**

Angela Daker (*pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Phone: 305-371-2700
Email: adaker@whitecase.com

—and—

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
Phone: 202-844-4975
Email: marco@civilrightscorps.org

*Attorneys for Plaintiffs*

Pursuant to Stipulation,

**SO ORDERED** this _____ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. AUDREY H. FLEISSIG
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE