UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:15-CV-00253-AGF |
| ) | |
| CITY OF FERGUSON, MISSOURI ) | |
| ) | |
| Defendant. ) | |

# ORDER

Upon careful consideration of the parties' arguments and the record as a whole,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for extension of time to identify post-judgment class members is **GRANTED in part** as follows. ECF No. 542. The deadline for Plaintiffs to complete review of discovery related to identification and to identify members of the Post-Judgment Class (a subclass of the *Bearden* Class) is extended until **December 15, 2022**, with the consent of Defendant. However, to the extent that Plaintiffs wish to be excused from such requirement, they must file an appropriate motion with supporting legal authority.

**IT IS FURTHER ORDERED** that the parties shall promptly meet and confer and file any appropriate motion to amend the Case Management Order with respect to other deadlines that were dependent upon the deadline for identification of the Post-Judgment Class members, such as the exchange of supplemental Class data and/or any updated expert reports or other information required by Rule 26(a)(2), Fed. R. Civ. P.

Except as amended herein, the Case Management Order shall remain in effect.

*(signature)*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 24th day of October, 2022.