# EXHIBIT 3

**Exclusion Request**

*Fant v. City of Ferguson*

Civil Action No. 4:15-CV-00253-AGF

> INSTRUCTIONS: Print your name on the line, mark an X in the box next to the names of any Classes from which you seek to be excluded, sign and date, and complete the contact information at the bottom of the form.

I, _____, hereby elect to be excluded from the following Classes in the *Fant v. City of Ferguson* Class Action:

☐ *Bearden* Classes

☐ Jail-Conditions Class

Signature: _____    Date: _____

Claimant ID: _____
*Found above your address on your mailed postcard*

Address: _____

_____

Email Address: _____

Home Phone No.: _____    Cell Phone No.: _____