# EXHIBIT 4

# Exclusion Request

*Fant v. City of Ferguson*

Civil Action No. 4:15-CV-00253-AGF

---

INSTRUCTIONS: Print your name on the line, sign and date, and complete the contact information at the bottom of the form.

---

I, _____, hereby elect to be excluded from the *Fant v. City of Ferguson* Class Action.

Signature: _____   Date: _____

Claimant ID: _____
*Found above your address on your mailed postcard*

Address: _____

_____

Email Address: _____

Home Phone No.: _____   Cell Phone No.: _____