# EXHIBIT 5

FERGUSON CLASS ACTION
C/O [ADMINISTRATOR NAME]
PO BOX #####
CITY, ST. #####

**PLEASE READ CAREFULLY**
This lawsuit may affect your rights!

&lt;&lt;FIRST NAME&gt;&gt; &lt;&lt;LAST NAME&gt;&gt;
&lt;&lt;ADDRESS&gt;&gt;
&lt;&lt;CITY&gt;&gt; &lt;&lt;STATE&gt;&gt; &lt;&lt;ZIP CODE&gt;&gt;

&lt;&lt;barcode&gt;&gt;
&lt;&lt;claimant id&gt;&gt;

# NOTICE OF PENDING CLASS ACTION
*Fant v. City of Ferguson* | U.S. District Court for the Eastern District of Missouri
**The Court has authorized this Notice; it is not a solicitation from a lawyer.**

A class action lawsuit ("Lawsuit") is currently pending against the City of Ferguson that alleges the City of Ferguson violated the U.S. Constitution through its policies and practices of jailing individuals in inhumane conditions when they could not pay bonds or other fines or fees, without inquiring into their ability to pay, without a neutral determination of probable cause (in the case of warrantless arrests) or a first appearance before a judge (in the case of arrests on warrants), and without affording them counsel in cases in the Ferguson Municipal Court. The Lawsuit seeks damages for each alleged violation as well as costs and attorneys' fees. The City of Ferguson denies all claims alleged in the Lawsuit. No determination of the merits has been made at this time.

**Who is Included?** You received this Notice because records indicate that you were jailed by the City of Ferguson for nonpayment of fines, fees, costs, bonds, or surcharges between February 8, 2010 and September 30, 2017. You may therefore belong to one or more of the Classes established in this Lawsuit.

**Your Rights May Be Affected.** The Court has not decided whether the City of Ferguson has done anything wrong, and there is no guarantee any money will be available from the Lawsuit. If you do not want your rights to be affected by the Lawsuit, you must exclude yourself ("opt out") by **[DATE]**. If you opt out of a Class, you won't get a share of any money or benefit obtained for that Class. If you do not opt out of a Class that you belong to, you will be bound by the outcome of this Lawsuit as to that Class. If you remain in any Class and that Class is awarded money or benefits, you will be notified about how to apply for a share. You may also belong to one further Class, not seeking money, whose claims the Plaintiffs have proposed to dismiss, and if so, you have until [DATE] to object to that dismissal.

**How Can I Get More Information?** For more information about this Lawsuit and your rights, visit **[WEBSITE]**. You may obtain a Long-Form Notice that explains how to opt out of one or more of the Classes (and how to object to the dismissal of certain non-monetary claims) by visiting **[WEBSITE]**, calling [INSERT], or writing to Ferguson Class Action, c/o [ADDRESS].