# **EXHIBIT 6**

*Fant v. City of Ferguson*

# NOTICE OF DISMISSAL OF CERTAIN CLAIMS IN CLASS ACTION

## READ THIS NOTICE FULLY AND CAREFULLY
## THE LAWSUIT MAY AFFECT YOUR RIGHTS!

The purpose of this Notice of Dismissal is to advise you as to your rights and options with regard to the dismissal of a sixth Class that the Court certified in addition to the five Classes described in Question 10 in the Notice of Pending Class Action. Specifically, the Court also certified the following Class, of which you may be a member:

> Declaratory and Injunctive Class: All persons who currently owe or who will incur debts to the City of Ferguson from fines, fees, costs, or surcharges arising from judgments in cases prosecuted by the City (All Counts).

This Declaratory and Injunctive Class sought to have the City of Ferguson implement certain reforms to its police and court systems to prevent it from engaging in unconstitutional conduct in the future. Unlike the five Classes described in Question 10 in the Notice of Pending Class Action, the Declaratory and Injunctive Class did not seek any monetary compensation. Instead, the Declaratory and Injunctive Class sought reforms to address each of the seven claims described in the Plaintiffs' Complaint (and summarized in Question 5 in the Notice of Pending Class Action).

The Plaintiffs and Class Counsel have proposed to dismiss these claims for future changes brought by the Declaratory and Injunctive Class. However, the claims of the five active Classes discussed in the Notice of Pending Class Action have not been dismissed, and you may be a member of one or more of those Classes. Please review the Notice of Pending Class Action to see whether you are a member of any of those Classes and what your rights are with regard to those Classes.

All of the above information contained in the "Basic Information," "The Claims in this Lawsuit," "The Lawyers Representing You," "The Trial," and "Getting Additional Information" sections of the Notice of Pending Class Action (Questions No. 1-9 and 19-25), remain true as to the Declaratory and Injunctive Class. However, your rights and options as to the Declaratory and Injunctive Class differ slightly from your rights and options as to the other Classes.

Your legal rights and options as to the Declaratory and Injunctive Class are summarized below.

| YOUR LEGAL RIGHTS AND OPTIONS AS TO THE DECLARATORY AND INJUNCTIVE CLASS ||
|---|---|
| **DO NOTHING** | **Allow the Declaratory and Injunctive claims to be dismissed.** <br><br> If the members of the Declaratory and Injunctive Class do nothing, the claims brought by the Class will be dismissed. No money and benefits are available through the Declaratory and Injunctive Class even if it is dismissed. Dismissal of the Declaratory and Injunctive Class will not affect your rights and options with respect to the other five Classes, nor will it affect your ability to get money or benefits through those other Classes. |
| **OBJECT** | **State objections to the proposed dismissal.** <br><br> You may state objections to the proposed dismissal of one or more of the claims brought by the Declaratory and Injunctive Class by sending a letter to [**INSERT**] about why you object. If you object in writing, you may also ask to speak in Court about the fairness of the dismissal. You may only appear in Court to speak about the fairness of the settlement if you file a timely written objection to the settlement. |

## YOUR RIGHTS AND OPTIONS AS TO THE DECLARATORY AND INJUNCTIVE CLASS

If you wish to object to the dismissal of the claims brought by Declaratory and Injunctive Class, you need to take action now. If no Class Members object, the Class's claims will be dismissed. If you or any other Class Members choose to object, the Court will consider the objections and determine whether the Class's claims should still be dismissed.

### 1.  What options do I have with respect to this Lawsuit right now?

If you believe you are a member of the Declaratory and Injunctive Class, you have two options: (1) do nothing and allow the Class's claims to be dismissed (unless other Class Members object); or (2) object and tell the Court why you think the Class's claims should not be dismissed.

These options are described below. In addition, you may enter an appearance in this Lawsuit by hiring your own counsel.

### 2.  What are the critical deadlines?

The deadline for sending a letter objecting to the dismissal is [**INSERT 45 days after delivery of Class Notice**].

### 3.  What happens if I do nothing at all?

If no Class Members object, the claims brought by the Declaratory and Injunctive Class will be dismissed. Since these claims are not for money, no money would be obtained based on these claims even if they were not dismissed. Dismissal of this Class's claims will not affect your rights and options as to the other five Classes (which do seek money for their members), and you will retain the possibility of getting money or benefits from this Lawsuit as a member of one or more of those five Classes.

2

### 4. What happens if I object?

If you object in writing, you may also ask to speak in Court about the fairness of the dismissal. You may only appear in Court to speak about the fairness of the dismissal if you file a timely written objection.

### 5. If I object, can I obtain a payment from this Lawsuit?

Yes. Regardless of whether the Declaratory and Injunctive Class's claims are dismissed, your rights and options as to the other five Classes, as described above in the principal Notice, are not affected.

### 6. How do I tell the Court that I don't like the dismissal of the Declaratory and Injunctive Class?

To object, you can send a letter that includes (1) the case name and number of this case, *Fant v. City of Ferguson*, Case No. 4:15-cv-00253-AGF (United States District Court, Eastern District of Missouri); (2) the basis for your objection and whether you are represented by an attorney; and (3) your name, address, telephone number, and signature.

Your Objection must be postmarked by [**DATE**], and sent to: [ADMINSTRATOR].  You may also obtain an Objection form at **[WEBSITE]**.