# EXHIBIT 7

**NOTICE OF OBJECTION TO VOLUNTARY DISMISSAL**
**OF THE CERTIFIED DECLARATORY AND INJUNCTIVE CLASS**

**UNITED STATES COURT FOR THE EASTERN DISTRICT OF MISSOURI**

*Keilee Fant, et al., v. City of Ferguson, Missouri*

Case No. 4:15-CV-00253-AGF

**INSTRUCTIONS**

**IF YOU WISH TO OBJECT TO THE VOLUNTARY DISMISSAL DESCRIBED IN THE NOTICE OF PENDING CLASS ACTION, PLEASE COMPLETE THIS FORM.**

You have a right to object to the voluntary of dismissal of the Declaratory and Injunctive Class, which has been certified by the Court. If you choose to object, you must complete this form and send the signed form no later than **[date]** to **[address]**.

1) NAME: _____

2) ADDRESS: _____

3) TELEPHONE NUMBER: _____

4) DATE OF BIRTH: _____

5) LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER: _____

6) DO YOU CURRENTLY OWE DEBT TO THE CITY OF FERGUSON BASED ON FINES, FEES, OR SURCHARGES ARISING FROM JUDGMENTS IN CASES PROSECUTED BY THE CITY? _____

7) DESCRIBE THE BASIS OF YOUR OBJECTION IN THE SPACE PROVIDED BELOW. YOU MAY ENCLOSE ADDITIONAL PAGES AND/OR DOCUMENTS YOU DESIRE THE COURT TO CONSIDER.

_____
_____
_____
_____
_____
_____
_____
_____
_____

I HEREBY CONFIRM THAT I WISH TO OBJECT TO THE VOLUNTARY DISMISSAL OF THE DECLARATORY AND INJUNCTIVE CLASS FOR THE REASONS STATED HEREIN.

DATE: _____

SIGNATURE: _____