UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br><br>THE CITY OF FERGUSON, MISSOURI,<br><br>　　　　Defendant. | CASE NO. 4:15-CV-00253-AGF |

**CONSENT MOTION FOR EXTENSION OF TIME**

　　Defendant City of Ferguson moves, by consent, for a seven (7) day extension of time to respond to *Plaintiffs' Status Update Regarding Identification of Post-Judgment Class Members and Motion and Supporting Memorandum of Law to Extend Deadline for Same* (ECF 568). In support thereof, Defendant states as follows:

1. On December 15, 2022, Plaintiffs filed the above-mentioned Motion.

2. By rule, the City's Response is due on December 29, 2022.

3. The City requires an extension of time to respond due to illness of counsel, the intervening holidays, and the press of other business.

4. The undersigned has consulted with counsel for the Plaintiffs, who consents to the requested 7 day extension to January 5, 2023.

5. This request is made in the interest of justice and a full consideration of the motion and not for any improper purpose.

WHEREFORE Defendant City of Ferguson prays for an extension of time, through and including January 5, 2023, to respond to *Plaintiffs' Status Update Regarding Identification of Post-Judgment Class Members and Motion and Supporting Memorandum of Law to Extend Deadline for Same,* along with such other and futher relief is deemed just and proper.

Respectfully Submitted,

HELLMICH, HILL & RETTER, LLC

By:    /s/ William A. Hellmich
      William A. Hellmich, #31182MO
      1040 North Clay
      Kirkwood, MO  63122
      Phone: 314-646-1110
      Email: bill@hellmichhillretter.com
*Attorneys for Defendant City of Ferguson*

### Certificate of Service

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 28th day of December 2022 to be served by operation of the Court's electronic filing system upon all parties through their counsel registered with CM/ECF.

   /s/ William A. Hellmich