UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:15-CV-00253-AGF |
| ) | |
| CITY OF FERGUSON, MISSOURI ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon careful consideration,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Leave to File Excess Pages [582] is **GRANTED in part**, such that each side shall have up to 60 pages for their initial memoranda in support of their respective dispositive motions.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 8th day of March, 2023.