## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |
|---|---|
| KEILEE FANT, et al.,    Plaintiffs, <br><br> v. <br><br> THE CITY OF FERGUSON, <br><br> Defendant. | Case No. 4:15-CV-00253-AGF |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO THE CITY'S LIABILITY ON COUNTS ONE, TWO, AND SEVEN**

Keilee Fant, Roelif Carter, Allison Nelson, Herbert Nelson, Jr., Alfred Morris, Anthony Kimble, Donyale Thomas, Shameika Morris, and Ronnie Tucker, as the representatives of the *Bearden* Class, the Modified *Gerstein* Class, and the Post-Judgment Class certified by the Court (ECF No. 519), and the members of those classes ("Plaintiffs"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 56, move for summary judgment as to the City's liability for the constitutional violations under Counts One, Two, and Seven of the First Amended Class Action Complaint (ECF No. 53). In the alternative, Plaintiffs move for partial summary judgment finding that Plaintiffs' constitutional rights were violated under Counts One, Two, and Seven of the First Amended Class Action Complaint (ECF No. 53).[1] The grounds for this Motion are set out in the accompanying Memorandum of Law and Statement of Uncontroverted Material Facts (and exhibits thereto). A proposed order accompanies this Motion.

---

[1] Plaintiffs maintain their other claims (Counts Three, Four, Five, and Six) and preserve for trial the issue of damages on all Counts.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 4.02, Plaintiffs respectfully request that this Court hear oral argument on this Motion as they believe that oral argument will be helpful to fully address the issues raised by the Motion.

Dated: March 13, 2023

Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Angela Daker*
Angela Daker (*pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Phone: 305-371-2700
Email: adaker@whitecase.com

J. Frank Hogue (*pro hac vice*)
701 13th Street NW
Washington, DC 20005
Phone: 202-626-3623
Email: fhogue@whitecase.com

Ross E. Elfand (*pro hac vice*)
Cvetiva Popa (*pro hac vice*)
Hafsa S. Mansoor (*pro hac vice*)
Luke J. Miller (*pro hac vice*)
Chloe R. Edmonds (*pro hac vice*)
Ariell D. Branson (Law Clerk – not barred)
1221 Avenue of the Americas
New York, NY 10020
Phone: 212-819-7670
Email: relfand@whitecase.com

**ARCHCITY DEFENDERS**

Maureen Hanlon, #70990MO
Blake A. Strode, #68422MO
John M. Waldron, #70401MO
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
Phone: 855-724-2489
Email: mhanlon@archcitydefenders.org

—and—

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)
Ryan Downer (*pro hac vice*)
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
Phone: 202-844-4975
Email: marco@civilrightscorps.org

—and—

**SLU LAW CLINIC**

Brendan Roediger (MBE #6287213IL)
100 N. Tucker Blvd.
Saint Louis, MO 63101-1930
Phone: 314-977-2778
Email: brendan.roediger@slu.edu