# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, et al. | ) |
| Plaintiffs, | ) Case No. 4:15-CV-00253-AGF |
| v. | ) |
| THE CITY OF FERGUSON, | ) |
| Defendant. | ) |

## PLAINTIFFS' MOTION TO WITHDRAW CERTAIN COUNSEL

Plaintiffs hereby seek to withdraw as counsel of record several lawyers from the law firm of White & Case LLP ("White & Case"), who have recently left the Firm. In support of this Motion, movants state:

1. The following White & Case lawyers who have appeared in this case on behalf of Plaintiffs have recently left White & Case or no longer work on this matter: Danielle Marie Audette, Li Jiang, Hafsa S. Mansoor, Dorian K. Panchyson, Shiv Patel, Katherine May Raunikar, and Margaret Jane Spicer.

2. Many other attorneys from White & Case have appeared in the case and remain as counsel for Plaintiffs, along with lawyers from ArchCity Defenders, Civil Rights Corps, and the St. Louis University Law Clinic.

3. The withdrawal requested herein will not have an effect on Plaintiffs' representation.

WHEREFORE, Plaintiffs respectfully request that the Court grant the Motion.

Dated: April 28, 2023

**WHITE & CASE LLP**

By: /s/ *Angela Daker*
Angela Daker (*pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Phone: 305-371-2700
Email: adaker@whitecase.com

J. Frank Hogue (*pro hac vice*)
701 13th Street NW
Washington, DC 20005
Phone: 202-626-3623
Email: fhogue@whitecase.com

Ross E. Elfand (*pro hac vice*)
Iva Popa (*pro hac vice*)
Luke J. Miller (*pro hac vice*)
Chloe R. Edmonds (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Phone: 212-819-7670
Email: relfand@whitecase.com