IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, ROELIF CARTER, ALLISON NELSON, HERBERT NELSON JR., ALFRED MORRIS, ANTHONY KIMBLE, DONYALE THOMAS, SHAMEIKA MORRIS, RONNIE TUCKER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF FERGUSON,<br><br>    Defendant. | Case No. 4-15-CV-00253-AGF<br><br>(Class Action) |

**JOINT STATUS REPORT AND REQUEST FOR STAY**

    Plaintiffs and Defendant the City of Ferguson (the "Parties") hereby provide the following status report to the Court:

    1.    On May 31, 2023, the Parties engaged in mediation and reached a resolution in principle of the above-captioned case.

    2.    While the Parties are working to finalize and submit the settlement agreement to the Court for preliminary approval as soon as possible, because of the complex nature of the action and various procedural details that need to be addressed and resolved, the Parties are unable to provide the Court with an estimate at this time of when the settlement agreement will be finalized.

    3.    In the event that the Parties are not able to finalize and submit the settlement agreement for approval by July 31, 2023, the Parties will provide the Court with another status update by that date containing an estimate as to when they expect to submit the settlement agreement for preliminary approval.

1

4. The Parties believe that the final approval hearing on the dismissal of the Modified Declaratory and Injunctive Class Members scheduled for July 5, 2023 (ECF No. 584) should go forward as scheduled.

5. Given that the Parties have reached an agreement in principle, other than the July 5, 2023 hearing, the Parties respectfully request that all other proceedings in this matter be stayed pending submission of the Parties' joint motion for preliminary approval of the settlement, including, but not limited to, a decision on the Parties' respective motions for summary judgment (ECF Nos. 585, 589). They further request that all deadlines, including the trial date, be vacated.

| | |
|---|---|
| Dated: June 30, 2023 | Respectfully submitted, |
| **WHITE & CASE LLP** | **HELLMICH, HILL & RETTER, LLC** |
| By: /s/ *Angela Daker* <br> Angela Daker (*pro hac vice*) <br> 200 S. Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Phone: 305-371-2700 <br> Email: adaker@whitecase.com | By: /s/ Blake D. Hill <br> Blake D. Hill (#58926MO) <br> William A. Hellmich (#31182MO) <br> 1040 North Clay <br> Kirkwood, MO 63122 <br> Phone: 314-646-1110 <br> Email: blake@hellmichhillretter.com |
| Ross E. Elfand (*pro hac vice*) <br> Iva Popa (*pro hac vice*) <br> Luke J. Miller (*pro hac vice*) <br> Chloe R. Edmonds (*pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Phone: 212-819-7670 <br> Email: relfand@whitecase.com | *Attorneys for Defendant* |
| Frank Hogue (*pro hac vice*) <br> 701 13th Street NW, #600 <br> Washington, D.C. 20005 <br> Phone: 202-626-3600 <br> Email: fhogue@whitecase.com | |
| —and— | |

**ARCHCITY DEFENDERS**

Maureen Hanlon, #70990MO
Blake A. Strode, #68422MO
John M. Waldron, #70401MO
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
Phone: 855-724-2489
Email: mhanlon@archcitydefenders.org

  —and—

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)
Ryan Downer (*pro hac vice*)
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
Phone: 202-844-4975
Email: marco@civilrightscorps.org

*Attorneys for Plaintiff*