IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEILEE FANT, ROELIF CARTER, ALLISON NELSON, HERBERT NELSON JR., ALFRED MORRIS, ANTHONY KIMBLE, DONYALE THOMAS, SHAMEIKA MORRIS, RONNIE TUCKER, et al., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>THE CITY OF FERGUSON, <br><br>　　　　Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. 4-15-CV-00253-AGF <br><br>(Class Action) |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's June 30, 2023 Order, the Parties herein provide the Court with an update regarding the status of settlement. ECF No. 650. At this time, the Parties are not prepared to file a joint proposed briefing schedule regarding a motion for preliminary approval of settlement. As the Parties advised on June 30, 2023, the Parties reached a resolution in principle of the above captioned case. ECF No. 649. However, the Parties are still working on finalizing the settlement documents and addressing the remaining logistical issues discussed at the July 5, 2023 hearing but need additional time do so. As such, the Parties request until September 13, 2023 to provide the Court with another status report.

Dated: July 31, 2023　　　　　　　　　　　　Respectfully submitted,

**WHITE & CASE LLP**　　　　　　　　　　　**HELLMICH, HILL & RETTER, LLC**

By: */s/ Angela Daker*　　　　　　　　　　By: */s/ Blake D. Hill*
Angela Daker (*pro hac vice*)　　　　　　　Blake D. Hill, #58926MO

1

200 S. Biscayne Boulevard, Suite 4900  
Miami, FL 33131  
Phone: 305-371-2700  
Email: adaker@whitecase.com  

Ross E. Elfand *(pro hac vice)*  
Iva Popa *(pro hac vice)*  
Luke J. Miller *(pro hac vice)*  
Chloe R. Edmonds *(pro hac vice)*  
1221 Avenue of the Americas  
New York, NY 10020  
Phone: 212-819-7670  
Email: relfand@whitecase.com  

Frank Hogue *(pro hac vice)*  
701 13th Street NW, #600  
Washington, D.C. 20005  
Phone: 202-626-3600  
Email: fhogue@whitecase.com  

—and—

**ARCHCITY DEFENDERS**

Nathaniel Carroll, #67988MO  
Maureen Hanlon, #70990MO  
Blake A. Strode, #68422MO  
John M. Waldron, #70401MO  
440 N. 4th Street, Suite 390  
Saint Louis, MO 63102  
Phone: 855-724-2489  
Email: ncarroll@archcitydefenders.org  

—and—

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)  
Ryan Downer *(pro hac vice)*  
1601 Connecticut Avenue NW, Suite 800  
Washington, DC 20009  
Phone: 202-844-4975  
Email: marco@civilrightscorps.org  

*Attorneys for Plaintiff*

William A. Hellmich, #31182MO  
1040 North Clay  
Kirkwood, MO 63122  
Phone: 314-646-1110  
Email: blake@hellmichhillretter.com  

*Attorneys for Defendant*

2