

TWENTY-SECOND JUDICIAL CIRCUIT

| Judge or Division: PROBATE | Case Number: 2322-PR00582 |
|---|---|
| In the Estate of KEILEE J FANT, Deceased. | (Date File Stamp) |

## Letters of Administration
(Independent Administration)

**The State of Missouri to All Persons to Whom These Presents Shall Come, Greeting:**

**Know Ye,** that KEILEE J FANT, who resided in ST. LOUIS CITY, died intestate, and to the end that the property of the decedent may be collected and disposed of, we appoint MICHAEL P GUNN personal representative(s), who may administer the estate independently without adjudication, order, or direction of the Probate Division of the Circuit Court, with full power and authority as provided by law.

Date of Death:  12-MAY-2023

**In Testimony Whereof,** I, JILL M. HANLEY, Clerk of the Probate Division of the Circuit Court in and for the said County CITY OF ST LOUIS, Missouri have hereto signed my name and affixed the seal of the said court on 08-NOV-2023.

JILL M. HANLEY
CLERK OF THE PROBATE DIVISION

By: _Alexandra Jackson_
    Deputy Clerk

*COURT SEAL OF*
*CITY OF ST LOUIS*

### Certificate

I, JILL M. HANLEY, Clerk of the Probate Division, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.
**Witness** my hand and seal of court on _____

JILL M. HANLEY
CLERK OF THE PROBATE DIVISION

By: _____
    Deputy Clerk

Electronically filed - 22nd Judicial Circuit - Probate Division - November 8, 2023 – ANJ