**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GUNN, Administrator of the Estate of KEILEE FANT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF FERGUSON,<br><br>    Defendant. | Case No. 4:15-CV-00253-AGF |

**JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULE FOR PRELIMINARY
APPROVAL OF SETTLEMENT AGREEMENT**

  The Parties, by and through undersigned counsel, request that the Court grant the below proposed schedule for preliminary approval of the Parties' proposed class settlement:

  1. Pursuant to the Court's Order, dated November 16, 2023 (ECF No. 663), the Parties were directed to submit a joint briefing schedule with respect to their anticipated motion for preliminary approval of settlement no later than December 14, 2023.

  2. As the Parties informed the Court in the Parties' Joint Status Report Regarding Settlement (ECF No. 662), dated November 15, 2023, there was only one outstanding non-monetary term that was yet to be resolved at that time.

  3. The Parties have since resolved that issue and are prepared to move forward with seeking preliminary approval of settlement.

  4. As such, the Parties jointly propose and request the Court enter an order approving the following schedule:

- **Wednesday, January 17, 2024**: Plaintiffs to submit joint motion for preliminary approval of settlement.
- **Hearing Date**: To be determined by the Court.

WHEREFORE, the Parties respectfully request that this Court grant the Motion and approve the proposed joint briefing schedule.

Dated: December 14, 2023

**WHITE & CASE LLP**

By: */s/ Angela Daker*
Angela Daker (*pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Phone: 305-371-2700
Email: adaker@whitecase.com

**ARCHCITY DEFENDERS**

Maureen Hanlon, #70990MO
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
Phone: 855-724-2489
Email: mhanlon@archcitydefenders.org

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
Phone: 202-844-4975
Email: marco@civilrightscorps.org

*Attorneys for Plaintiffs*

Respectfully submitted,

**HELLMICH, HILL & RETTER, LLC**

By: /s/ *William A. Hellmich*
William Hellmich #31182
1049 North Clay
Kirkwood, MO  63122
Phone: 314-646-1110
Email: bill@hellmichhillretter.com

*Attorneys for Defendant*

2