**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| MICHAEL GUNN, Administrator of the Estate of KEILEE FANT, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4-15-CV-00253-AGF |
| THE CITY OF FERGUSON, | ) ) | |
| Defendant. | ) ) | (Class Action) |

## JOINT MOTION FOR TWO-WEEK EXTENSION

The Parties jointly, through their respective undersigned counsel, move for a two-week extension of time until **January 31, 2024** to file their joint motion for preliminary approval of settlement and in support state:

1.      On December 14, 2023, the Parties jointly moved for Entry of Proposed Schedule for Preliminary Approval of Settlement Agreement (the "Joint Motion of Proposed Schedule") and requested Wednesday, January 17, 2024 be the date by which Plaintiffs were to submit the Parties' joint motion for preliminary approval of settlement.  ECF No. 664.  The Court granted this request. ECF No. 665.

2.      Since the filing of the December 14, 2023 Joint Motion of Proposed Schedule, the Parties have been working together diligently to finalize the settlement agreement, the motion for preliminary approval and all exhibits thereto.  That finalization process is taking slightly longer than anticipated.

1

3.      As a result, the Parties request two additional weeks, until **January 31, 2024**, to finalize the motion for preliminary approval and all settlement-related documents, and to execute the settlement agreement.

WHEREFORE, for these reasons, the Parties request until **January 31, 2024**, to file the motion for preliminary approval of settlement agreement.

Dated: January 17, 2024                      Respectfully submitted,

**WHITE & CASE LLP**                         **HELLMICH, HILL & RETTER, LLC**

By: */s/ Angela Daker*                       By: */s/ William A. Hellmich*
Angela Daker (*pro hac vice*)                William A. Hellmich, #31182MO
200 South Biscayne Boulevard, Suite 4900     Blake D. Hill, #58926MO
Miami, FL 33131                              1040 North Clay
Phone: 305-371-2700                          Kirkwood, MO 63122
Email: adaker@whitecase.com                  Phone: 314-646-1110
                                             Email: bill@hellmichhillretter.com
Ross E. Elfand (*pro hac vice*)
Iva Popa (*pro hac vice*)
Paula C. Kates (*pro hac vice*)
Luke J. Miller (*pro hac vice*)
Chloe R. Edmonds (*pro hac vice*)
Fabiola Alvelais Aldana (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Phone: 212-819-7670
Email: relfand@whitecase.com

Frank Hogue (*pro hac vice*)
701 13th Street NW, #600
Washington, D.C. 20005
Phone: 202-626-3600
Email: fhogue@whitecase.com

        —and—

**ARCHCITY DEFENDERS**

Maureen Hanlon, #70990MO
Blake A. Strode, #68422MO
440 N. 4th Street, Suite 390

Saint Louis, MO 63102
Phone: 855-724-2489
Email: mhanlon@archcitydefenders.org

—and—

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
Phone: 202-844-4975
Email: marco@civilrightscorps.org

—and—

**SLU LAW CLINIC**

Brendan Roediger, #6287213IL
100 N. Tucker Blvd.
Saint Louis, MO 63101
Phone: 314-977-2778
Email: brendan.roediger@slu.edu

*Attorneys for Plaintiffs*