IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GUNN, Personal Representative of the Estate of KEILEE FANT, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF FERGUSON, MISSOURI<br><br>　　　　　　Defendant. | Case No. 4-15-CV-00253-AGF<br><br>(Class Action) |

**SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SETTLEMENT CLASSES, AND FOR PERMISSION TO DISSEMINATE NOTICE**

　　　　Plaintiffs Personal Representative of the Estate of Keilee Fant, Deceased,[1] Roelif Carter, Allison Nelson, Herbert Nelson Jr., Alfred Morris, Anthony Kimble, Donyale Thomas, Shameika Morris, and Ronnie Tucker, on behalf of themselves and all others similarly situated (the "Class Representatives" or "Plaintiffs") hereby provide this supplemental submission in support of their Motion for Preliminary Approval of Class Settlement and Settlement Classes, and for Permission to Disseminate Notice.  ECF No. 668.

　　　　1.　　On January 31, 2024, Plaintiffs filed a Memorandum in Support of their Motion for Preliminary Approval of Class Settlement and Settlement Classes, and for Permission to Disseminate Notice ("Memorandum").  ECF No. 669.

　　　　2.　　The following exhibits were attached to the Settlement Agreement (ECF No. 669-1), which was attached as Exhibit 1 to the Memorandum:

- Exhibit A, Proposed Order Granting Preliminary Approval of Class Action Settlement and Settlement Classes, and Permission to Disseminate Notice (ECF

1

No. 669-2);

- Exhibit B, [Proposed] Order and Final Judgment Granting Final Approval of Class Action Settlement (ECF No. 669-3);

- Exhibit C, Postcard Notice (ECF No.669-4);

- Exhibit D, Long Form Notice (ECF No. 669-5); and

- Exhibit E, Publication Notice (ECF No. 669-6).

3. Since the Memorandum was filed, Plaintiffs have conferred with the Court and with opposing counsel regarding edits to optimize the proposed notice and to discuss the timeline for class notice and the Final Approval Hearing. Defendant does not contest any of the proposed edits.

4. Based on those discussions, Plaintiffs hereby submit the attached amended versions of Exhibits A–E. Please note that in Amended Exhibits A, C, and D, the deadline for eligible persons to opt out or object to the Settlement is 57 days before the Final Approval Hearing instead of the 60 days set out in paragraphs 5.3 and 2.23 of the Settlement Agreement. Moreover, when application of the timeframes set out in the Settlement Agreement resulted in a weekend or holiday deadline, we have, per the rules, made the following business day the deadline in our proposed schedule in Amended Exhibit A and, as applicable, the other amended exhibits. Defendant is in agreement with the proposed schedule.

For the reasons laid out in the Memorandum, Plaintiffs move this Court for an order preliminarily approving the terms of a proposed class action settlement; approving the form and method of providing Notice of the Settlement to Eligible Persons; and scheduling a Final Approval Hearing regarding the Settlement.

Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Angela Daker*
Angela Daker (*pro hac vice*)
200 South Biscayne Boulevard,
Suite 4900
Miami, FL 33131
Phone: 305-371-2700
Email: adaker@whitecase.com

Ross E. Elfand (*pro hac vice*)
Iva Popa (*pro hac vice*)
Paula C. Kates (*pro hac vice*)
Luke J. Miller (*pro hac vice*)
Chloe R. Edmonds (*pro hac vice*)
Fabiola Alvelais Aldana (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Phone: 212-819-7670
Email: relfand@whitecase.com

Frank Hogue (*pro hac vice*)
701 13th Street NW, #600
Washington, D.C. 20005
Phone: 202-626-3600
Email: fhogue@whitecase.com

—and—

**ARCHCITY DEFENDERS**

Maureen Hanlon, #70990MO
Blake A. Strode, #68422MO
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
Phone: 855-724-2489
Email: mhanlon@archcitydefenders.org

—and—

**CIVIL RIGHTS CORPS**

Marco Lopez (*pro hac vice*)
1601 Connecticut Avenue NW, Suite 800
Washington, DC 20009
Phone: 202-844-4975
Email: marco@civilrightscorps.org

—and—

**SLU LAW CLINIC**

Brendan Roediger, #6287213IL
100 N. Tucker Blvd.
Saint Louis, MO 63101
Phone: 314-977-2778
Email: brendan.roediger@slu.edu

*Attorneys for Plaintiffs*