UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL GUNN, Personal Representative of the Estate of KEILEE FANT, *et al.*,

Plaintiffs,

v.

CITY OF FERGUSON, MISSOURI

Defendant.

Case No. 4-15-CV-00253-AGF

(Class Action)

**PLAINTIFFS' SUPPLEMENTAL NOTICE**
**CONCERNING PROPOSED *CY PRES* RECIPIENTS**

Plaintiffs, by and through their counsel of record, with the consent of Defendant, submit this Supplemental Notice concerning the proposed *cy pres* recipients, The Michael Brown Sr. Chosen for Change Organization and the Michael O.D. Brown – We Love Our Sons & Daughters Foundation.

### *The Michael Brown Sr. Chosen for Change Organization*

The Michael Brown Sr. Chosen for Change Organization ("Chosen for Change") is fiscally sponsored by the Urban League of Metropolitan St. Louis (the "Urban League"). Counsel for Plaintiffs spoke with Barbara Bowman of the Urban League, who manages the fiscal sponsorship. Counsel for Plaintiffs has also reviewed the fiscal sponsorship agreement between Chosen for Change and the Urban League. Any funds received in a *cy pres* distribution will be received and accounted for by the Urban League on behalf of Chosen for Change.

In addition to the fiscal oversight provided by the Urban League, Chosen for Change is governed by five voting members of a Board of Directors. The Board President is Melanie Randels,

1

Lead Coordinator with Action STL. Attorney Pamela Meanes, General Counsel and Chief Compliance Officer for CareSTL Health, serves as a member of the Board.

Chosen for Change currently operates several programs, which are outlined at https://www.chosenforchange.org/programs. Sisters with A Task (S.W.A.T.) is dedicated to empowering young women and teens. Chosen Fathers provides a safe and supportive space for grieving men to heal, bond, and grow together. Cookies N Convos is a series offering a healing circle of support for those who have experienced similar loss. C.O.P.E.S. (Children Overcoming Painful Experiences with Support) provides a safe haven for children who have endured grief, loss, or trauma. Mothers of An Angel offers support and space for mothers who have experienced loss.

### Michael O.D. Brown – We Love Our Sons & Daughters Foundation

The Michael O.D. Brown – We Love Our Sons & Daughters Foundation (the "Foundation") is a non-profit organization with a 501(c)(3) status. The Foundation's President is Lezley McSpadden, mother of Michael Brown. Ms. McSpadden oversees daily operations of the Foundation. Governance of the Foundation, including long-term strategic planning and financial oversight, is decided through the oversight of a five-member Board of Directors. Current Board Director is Justin Hansford, who serves as a Howard University School of Law Professor and the Executive Director of the Thurgood Marshall Civil Rights Center. Counsel for Plaintiffs spoke to Ms. McSpadden and Professor Hansford about the Foundation's organization, oversight, and intended use of funds from a *cy pres* distribution.

The Board provides oversight in quarterly meetings with Ms. McSpadden. The Board oversees revenue to the Foundation and makes decisions about how funds should be allocated. In addition, Ms. McSpadden and the Board work with a financial advisor to guide financial decisions.

The Foundation operates several programs, which are outlined on its website,

https://michaelodbrown.org/. The Foundation anticipates that any funds received in a *cy pres* distribution would be spent on one of two existing programs. The first is the Michael O.D. Brown Memorial Scholarship, which awards $3,000 scholarships to St. Louis high school seniors who are bound for a trade program, community college, or four-year undergraduate program. The scholarship program is reserved for graduates from 18 local schools, most of which are in North St. Louis City and County. In the 2025–2026 academic year, the Foundation awarded 30 memorial scholarships, and it hopes to continue or exceed the number awarded in 2026–2027. The second program that may be supported by a *cy pres* distribution is the Foundation's trauma-informed therapy programming, which is provided by a certified therapist to children and mothers experiencing grief or loss.

Plaintiffs respectfully request this Court approve the *cy pres* distribution to the organizations described herein and as further detailed in Plaintiffs' Unopposed Motion for Final Distribution to *Cy Pres* Recipients. Doc. 709.

Dated: July 20, 2026

Respectfully submitted,

/s/ Brianna Coppersmith
Brianna Coppersmith, #75515MO
Blake A. Strode, #68422MO
Maureen G. Hanlon, MBE #70990MO
ArchCity Defenders, Inc.
5939 Goodfellow Blvd.
Saint Louis, MO 63147
Tel: (314) 891-5663
Fax: (314) 925-1307
bcoppersmith@archcitydefenders.org
bstrode@archcitydefenders.org
mhanlon@archcitydefenders.org

/s/ Brendan Roediger
Brendan Roedgier, #60585MO
6334 Waterman Avenue

3

St. Louis, MO 63130
Tel: (314) 749-0242
brendan@bdrlawstl.com

Counsel for Plaintiffs